IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KEVIN BUTLER, AIS # 342788,       )
                                  )
        Plaintiff,                )
                                  )
    v.                            )       CASE NO. 2:26-CV-231-WKW
                                  )                [WO]
RODNEY WILSON, *et al.*,          )
                                  )
        Defendants.               )

## **ORDER**

Plaintiff Kevin Butler, an inmate in the custody of the Alabama Department

of Corrections (ADOC), filed this *pro se* 42 U.S.C. § 1983 action.  (Doc. # 1.)  Based

upon the court's review of the complaint, this action will be transferred to the United

States District Court for the Southern District of Alabama.

Venue for actions arising under 42 U.S.C. § 1983 is governed by 28 U.S.C.

§ 1391(b), which provides:

> A civil action may be brought in—(1) a judicial district in which any
> defendant resides, if all defendants are residents of the State in which
> the district is located; (2) a judicial district in which a substantial part
> of the events or omissions giving rise to the claim occurred, . . . ; or
> (3) if there is no district in which an action may otherwise be brought
> as provided in this section, any judicial district in which any defendant
> is subject to the court's personal jurisdiction with respect to such action.

When an action is filed in the wrong district, the district court may either dismiss the action or, in the interest of justice, transfer it to the district where it could have been brought. *See* 28 U.S.C. § 1406(a).

In his complaint, Plaintiff does not allege any conduct that occurred in the Middle District of Alabama or provide any reason why venue is proper in the Middle District of Alabama. Instead, his allegations pertain to events that occurred in Prichard, Alabama, which is located in the Southern District of Alabama. Additionally, Plaintiff names the Prichard Police Department, Rodney Wilson, and Joshua Watkins as Defendants. For Defendants Wilson and Watkins, Plaintiff provides addresses in Mobile, Alabama. There are no allegations indicating that any Defendant resides in the Middle District of Alabama. Therefore, under 28 U.S.C. § 1391(b), the proper venue for this action is the Southern District of Alabama.

Accordingly, it is ORDERED that, in the interest of justice, this action is TRANSFERRED to the United States District Court for the Southern District of Alabama under 28 U.S.C. §§ 1391(b) and 1406(a).

The Clerk of Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 8th day of April, 2026.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

2